# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Howard Williams Pierce         Docket No. 5:09-CR-202-1BO

## Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Howard Williams Pierce, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute More Than 50 Grams of Cocaine Base and 500 Grams of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 27, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Howard Williams Pierce was released from custody on July 30, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has failed to maintain full time working hours during this period of supervision. The defendant has had opportunities to work, however, has not followed through on those opportunities. The defendant is a HOPE court participant and has a requirement to work full time. The recommendation is for the defendant to complete a minimum of 16 hours of community service per week. The defendant will be permitted to forego this condition in the event he provide verifiable proof of a minimum 30 hours per week of work and/or satisfactory attendance to an educational program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service per week as directed by the probation office. This condition will be excused if the defendant provides proof of 30 hours per week of verifiable employment or satisfactory attendance to an educational program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: October 01, 2018 |

Howard Williams Pierce
Docket No. 5:09-CR-202-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of ___October___, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge