UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Howard Williams Pierce            Docket No. 5:09-CR-202-1BO

Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Howard Williams Pierce, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute More Than 50 Grams of Cocaine Base and 500 Grams of Cocaine 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on October 27, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Howard Williams Pierce was released from custody on July 30, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is a participant of the HOPE program. On December 18, 2018, he submitted a urinalysis that tested positive for cocaine after laboratory confirmation. Additionally, he admitted to consuming alcohol on or about December 25, 2018. On December 28, 2018, the defendant received a citation for Possess Alcohol in a Commercial Motor Vehicle in Wake County, North Carolina. The defendant failed to notify the USPO of the citation and the contact with law enforcement.

On January 3, 2019, the defendant served one day in United States Marshal lock up in response to his non-compliance. Additionally, it is being recommended that location monitoring technology but utilized to monitor compliance. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Howard Williams Pierce
Docket No. 5:09-CR-202-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: January 03, 2019

## ORDER OF THE COURT

Considered and ordered this ____4____ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge